**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Victoria X. Zhou (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: vzhou@bursor.com

*Attorneys for Plaintiff*

**DYNAMIS LLP**
Brianna K. Pierce (State Bar No. 336906)
100 Bayview Circle
Newport Beach, CA 92660
E-Mail: bpierce@dynamisllp.com

*Attorney for Defendant Kaizencure*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWAL SHELAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAIZENCURE LLC, D/B/A CRAFTORIA,<br><br>Defendant. | Case No. 3:24-cv-04696-AMO<br><br>**JOINT ADMINISTRATIVE MOTION REQUESTING REMOTE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 7-11**<br><br>Date: Dec. 19, 2024<br>Time: 10:00 am Pacific Time<br>Courtroom: 10<br>Judge: Araceli Martinez-Olguin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to Section C.2 of Judge Martinez-Olguin's Standing Order for Civil Cases (Rev. Nov. 22, 2023) and Civil Local Rule 7-11 of the United States District Court for the Northern District of California, Plaintiff Jwal Shelat ("Plaintiff") and Defendant Kaizencure LLC ("Defendant" and collectively, the "Parties") jointly submit this Administrative Motion to request remote appearances for the Initial Case Management Conference, set for December 19, 2024 at 10:00 am PT and currently to be held in person in Courtroom 10, Floor 19, 450 Golden Gate Ave., San Francisco, CA 94102. *See* ECF No. 9.

On August 2, 2024, Plaintiff filed the operative Complaint against Defendant. ECF No. 1. The case was later reassigned to Judge Araceli Martinez-Olguin on August 6, 2024. *See* ECF Nos. 7-9. That same day, the Court scheduled an Initial Case Management Conference before Judge Martinez-Olguin upon reassignment, setting the conference for Dec. 19, 2024 at 10:00am Pacific Time in San Franscisco, Courtroom 10, 19th Floor. ECF No. 9.

Due to pre-existing caseloads and the impending holiday season, the Parties seek to appear remotely in the Initial Case Management Conference to preserve travel time and expenses. In addition and as encouraged by the Court's Individual Rules, holding the Initial Case Management Conference remotely would allow Plaintiff's more junior lawyers—including Victoria X. Zhou who is based in New York—more opportunities to participate in hearings before a court.

For the above reasons, the Parties jointly request that the Initial Case Management Conference scheduled on December 19, 2024 at 10:00 am be held remotely via videoconference.

Dated: December 5, 2024           **BURSOR & FISHER, P.A**.

By: /s/ *Neal J. Deckant*
Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Victoria X. Zhou (*Pro Hac Vice*)

1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: vzhou@bursor.com

*Attorneys for Plaintiff*

Dated: December 5, 2024         **DYNAMIS LLP**

By: */s/ Brianna K. Pierce*

Brianna K. Pierce (State Bar No. 336906)
100 Bayview Circle
Newport Beach, CA 92660
E-Mail: bpierce@dynamisllp.com

*Attorney for Defendant Kaizencure*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By: */s/ Neal J. Deckant*