**BURSOR & FISHER, P.A.**
Neil J. Deckant (State Bar No. 322946)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ndeckant@bursor.com

*Attorney for Plaintiff*

**BELLATRIX LAW, P.C.**
Brianna K. Pierce (State Bar No. 336906)
16868 Via Del Campo Ct., Ste 100
San Diego, California 92127
Telephone: (858) 338-5650
E-Mail: bkp@bellatrix-law.com

*Attorney for Defendant Kaizencure*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWAL SHELAT, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAIZENCURE LLC, d/b/a CRAFTORIA,<br><br>Defendant. | Case No. 3:24-cv-04696-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY** |

WHEREAS, on January 9, 2025, Defendant filed a Motion to Stay Discovery (the "Motion") [DE 31] pending the resolution of its Motion to Dismiss [DE 27]; and

WHEREAS, as of January 31, 2025, Defendant's Motion is fully briefed and ripe for decision; and

WHEREAS, the undersigned Parties met and conferred to discuss the current discovery schedule in light of the pending Motion:

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

1. All deadlines for discovery are stayed pending resolution of Defendant's Motion.

2. No later than two weeks after the Court issues an order resolving Defendant's Motion, the Parties shall file an updated Joint Case Management Statement and Proposed Case Management Order with the Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 18, 2025 | Respectfully submitted, |
| 3 | /s/ *Neal J. Deckant* | /s/ *Brianna K. Pierce* |
| 4 | | |
| 5 | Neal J. Deckant (State Bar No. 322946)<br>**BURSOR & FISHER, P.A.** | Brianna K. Pierce (State Bar No. 336906)<br>**BELLATRIX LAW, P.C.** |
| 6 | 1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596 | 16868 Via Del Campo Ct., Ste 100<br>San Diego, California 92127 |
| 7 | Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700 | Telephone: (858) 338-5650<br>E-Mail: bkp@bellatrix-law.com |
| 8 | E-Mail: ndeckant@bursor.com | Eric S. Rosen (*pro hac vice*) |
| 9 | *Attorney for Plaintiff* | **DYNAMIS LLP**<br>225 Franklin St., 26th Floor |
| 10 | | Boston, Massachusetts 02110<br>Telephone: (617) 802-9157<br>E-Mail: erosen@dynamisllp.com |
| 11 | | Constantine P. Economides (*pro hac vice*) |
| 12 | | **DYNAMIS LLP**<br>1111 Brickell Avenue |
| 13 | | Miami, Florida 33131<br>Telephone: (305) 985-2959<br>E-Mail: ceconomides@dynamisllp.com |
| 14 | | *Attorneys for Defendant* |

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: February 18, 2025                    Respectfully submitted,

                                            /s/ Brianna K. Pierce

# CERTIFICATE OF SERVICE

No. 3:24-cv-04696-AMO

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

Dated: February 18, 2025                                Respectfully submitted,

                                                        /s/ Brianna K. Pierce

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWAL SHELAT, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAIZENCURE LLC, d/b/a CRAFTORIA,<br><br>Defendant. | Case No. 3:24-cv-04696-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**[PROPOSED] ORDER REGARDING DISCOVERY** |

The Court, having considered the parties' Joint Stipulation Regarding Discovery, and with good cause appearing, hereby orders as follows:

1. All deadlines for discovery are stayed pending resolution of Defendant's Motion to Stay Discovery [DE 31].

2. No later than two weeks after the Court issues an order resolving Defendant's Motion to Stay Discovery [DE 31], the Parties shall file an updated Joint Case Management Statement and Proposed Case Management Order with the Court.

Date: _____         _____

Hon. Araceli Martínez-Olguín
United States District Judge