| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (State Bar No. 322946)<br>1990 North California Boulevard, Floor 9<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>E-Mail: ndeckant@bursor.com | **BELLATRIX LAW, P.C.**<br>Brianna K. Pierce (State Bar No. 336906)<br>16868 Via Del Campo Ct., Ste 100<br>San Diego, California 92127<br>Telephone: (858) 338-5650<br>E-Mail: bkp@bellatrix-law.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWAL SHELAT, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAIZENCURE LLC, d/b/a CRAFTORIA,<br><br>Defendant. | Case No.: 3:24-cv-04696-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1    WHEREAS, on August 2, 2024, Plaintiff filed the Complaint in the above-captioned action;

2    WHEREAS, on December 17, 2024, Defendant filed a Motion to Dismiss the Complaint
3    (the "Motion") [DE 27];

4    WHEREAS, on February 20, 2025, the Court entered an Order Regarding Discovery
5    [DE 38] staying all deadlines for discovery pending resolution of the Motion;

6    WHEREAS, on May 14, 2025, the Parties hereto entered into a Settlement Agreement
7    settling and dismissing Plaintiff's claims alleged in this case;

8    WHEREAS, Rule 41(a)(1)(A)(ii) of the of the Federal Rules of Civil Procedure provides
9    that a plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of
10   dismissal signed by all parties who have appeared;

11   WHEREAS, Rule 23(e) of the Federal Rules of Civil Procedure only requires court approval
12   of a proposed settlement, voluntary dismissal, or compromise of the claims, issues, or defenses of a
13   certified class or a class proposed to be certified for purposes of settlement;

14   WHEREAS, no class has been certified in the above-captioned action; and

15   WHEREAS, the Settlement Agreement does not settle, dismiss, or compromise the claims,
16   issues, or defenses of the putative class in the above-captioned action:

17   IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant, through their
18   undersigned counsel, and pursuant to Civil Local Rule 7-12, that the above-captioned action is
19   hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated: May 14, 2025                                          Respectfully submitted,

*/s/ Neal J. Deckant*                                        */s/ Brianna K. Pierce*
Neal J. Deckant (State Bar No. 322946)                       Brianna K. Pierce (State Bar No. 336906)
**BURSOR & FISHER, P.A.**                                    **BELLATRIX LAW, P.C.**
1990 North California Boulevard, Floor 9                     16868 Via Del Campo Ct., Ste 100
Walnut Creek, CA  94596                                      San Diego, California 92127
Telephone: (925) 300-4455                                    Telephone: (858) 338-5650
Facsimile: (925) 407-2700                                    E-Mail: bkp@bellatrix-law.com
E-Mail: ndeckant@bursor.com

                                                             Eric S. Rosen (*pro hac vice*)
*Attorney for Plaintiff*                                     **DYNAMIS LLP**
                                                             225 Franklin St., 26th Floor
                                                             Boston, Massachusetts 02110
                                                             Telephone: (617) 802-9157
                                                             E-Mail: erosen@dynamisllp.com

Constantine P. Economides (*pro hac vice*)
**DYNAMIS LLP**
1111 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 985-2959
E-Mail: ceconomides@dynamisllp.com

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

    */s/ Neal J. Deckant*
    Neal J. Deckant

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk is directed to close this case.

Dated: _____          _____
                                ARACELI MARTINEZ-OLGUIN
                                United States District Judge