| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (State Bar No. 322946)<br>1990 North California Boulevard, Floor 9<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>E-Mail: ndeckant@bursor.com<br><br>*Attorney for Plaintiff* | **BELLATRIX LAW, P.C.**<br>Brianna K. Pierce (State Bar No. 336906)<br>16868 Via Del Campo Ct., Ste 100<br>San Diego, California 92127<br>Telephone: (858) 338-5650<br>E-Mail: bkp@bellatrix-law.com<br><br>*Attorney for Defendant* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWAL SHELAT, individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>KAIZENCURE LLC, d/b/a CRAFTORIA,<br><br>      Defendant. | Case No.: 3:24-cv-04696-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1    WHEREAS, on August 2, 2024, Plaintiff filed the Complaint in the above-captioned action;

2    WHEREAS, on December 17, 2024, Defendant filed a Motion to Dismiss the Complaint (the "Motion") [DE 27];

3    WHEREAS, on February 20, 2025, the Court entered an Order Regarding Discovery [DE 38] staying all deadlines for discovery pending resolution of the Motion;

4    WHEREAS, on May 14, 2025, the Parties hereto entered into a Settlement Agreement settling and dismissing Plaintiff's claims alleged in this case;

5    WHEREAS, Rule 41(a)(1)(A)(ii) of the of the Federal Rules of Civil Procedure provides that a plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

6    WHEREAS, Rule 23(e) of the Federal Rules of Civil Procedure only requires court approval of a proposed settlement, voluntary dismissal, or compromise of the claims, issues, or defenses of a certified class or a class proposed to be certified for purposes of settlement;

7    WHEREAS, no class has been certified in the above-captioned action; and

8    WHEREAS, the Settlement Agreement does not settle, dismiss, or compromise the claims, issues, or defenses of the putative class in the above-captioned action:

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant, through their undersigned counsel, and pursuant to Civil Local Rule 7-12, that the above-captioned action is hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated: May 14, 2025                                    Respectfully submitted,

*/s/ Neal J. Deckant*
Neal J. Deckant (State Bar No. 322946)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Floor 9
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com

*Attorney for Plaintiff*

*/s/ Brianna K. Pierce*
Brianna K. Pierce (State Bar No. 336906)
**BELLATRIX LAW, P.C.**
16868 Via Del Campo Ct., Ste 100
San Diego, California 92127
Telephone: (858) 338-5650
E-Mail: bkp@bellatrix-law.com

Eric S. Rosen (*pro hac vice*)
**DYNAMIS LLP**
225 Franklin St., 26th Floor
Boston, Massachusetts 02110
Telephone: (617) 802-9157
E-Mail: erosen@dynamisllp.com

1
2   Constantine P. Economides (*pro hac vice*)
    **DYNAMIS LLP**
3   1111 Brickell Avenue
    Miami, Florida 33131
4   Telephone: (305) 985-2959
    E-Mail: ceconomides@dynamisllp.com

5   *Attorneys for Defendant*

6

7

8                    **SIGNATURE ATTESTATION**

9   Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have

10  concurred in its filing.

                                    */s/ Neal J. Deckant*
11                                    Neal J. Deckant



IT IS SO ORDERED
Judge Araceli Martínez-Olguín
May 19, 2025